## CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Sanofi US Corporation
c/o Brian Howe
55 Corporate Drive
Bridgewater, NJ 08807

Sanofi-Aventis US LLC
Attn: Beth Lindenmuth
2500 Southpoint Drive
Forest Park, GA 3029

Sanofi US Corporation
c/o Brian Howe
55 Corporate Drive
Bridgewater, NJ 08807

Sanofi-Aventis US LLC
c/o Brian Howe
300 Somerset Corporate Blvd
Bridgewater, NJ 08807

Sanofi-Aventis US LLC
Attn: Beth Lindenmuth
2500 Southpoint Drive
Forest Park, GA 30297

Sanofi Aventis US LLC
Attn: Beth Lindenmuth
300 Somerset Corporate Blvd
Bridgewater, NJ 08807

Laura Ketcham
Miller & Martin
832 Georgia Avenue
Volunteer Building, Suite 1200
Chattanooga, TN 37402

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:

Sanofi US Corporation
Attn: Brian Howe
55 Corporate Drive
Bridgewater, NJ 08807

Corporation Service Company,
R/A for Sanofi US Corporation
251 Little Falls Drive
Wilmington, DE 19808

Sanofi-Aventis U.S. LLC
Attn: Brian Howe
55 Corporate Dr
Bridgewater, NJ 08807

Corporation Service Company,
R/A for Sanofi-Aventis US LLC
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date     <u>February 4, 2022</u>     Signature    */s/ Gini L. Downing*

        Print Name:    <u>Gini L. Downing</u>
                             Pachulski Stang Ziehl & Jones LLP
                             10100 Santa Monica Blvd.
                             13th Floor
        Business Address:    <u>Los Angeles, CA 90067</u>

DOCS_LA:342168.1 75015/003    Case 2:22-02055-PRW, Doc 4, Filed 02/15/22, Entered 02/15/22 15:52:32, Description: Main Document, Page 1 of 3



## Certified Mail Return Receipts

**Receipt 1:**
- Article Addressed to: Sanofi US Corporation, Attn: Brian Howe, 55 Corporate Drive, Bridgewater, NJ 08807
- Tracking: 9590 9402 3367 7227 2901 30
- Article Number: 7017 2400 0000 3985 8275
- Signature: [signed]
- Received by: R. Leandar (?)
- Date of Delivery: 2.7.22
- Service Type: Certified Mail, Return Receipt for Merchandise

**Receipt 2:**
- Article Addressed to: Corporation Service Company, R/A for Sanofi US Corporation, 251 Little Falls Drive, Wilmington, DE 19808
- Tracking: 9590 9402 3367 7227 2901 23
- Article Number: 7017 2400 0000 3985 8268
- Signature: Paul Sisofo
- Received by: Paul Sisofo
- Service Type: Certified Mail, Return Receipt for Merchandise

