Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>SANOFI US CORPORATION; SANOFI-AVENTIS U.S. L.L.C.,<br>Defendants. | Adv. Proc. No. 22-02055 (PRW) |

## STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the

RDC Liquidating Trust, and defendants Sanofi US Corporation and Sanofi-Aventis U.S. L.L.C.

(together, the "**Parties**"), have entered into a settlement agreement that resolves the claims

asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate,

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

Dated:  July 26, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Email:      bsandler@pszjlaw.com
            ischarf@pszjlaw.com
            jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: July 26, 2023

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Evelyn J. Meltzer*
Evelyn J. Meltzer (DE No. 4581)
(*admitted pro hac vice*)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Telephone:  (302) 777-6500
Email: evelyn.meltzer@troutman.com

*Counsel to Defendants Sanofi US Corporation and Sanofi-Aventis U.S. L.L.C.*

SO ORDERED

DATED: _____, 2023
        Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge